# SUPREME COURT OF HAWAI'I

May 1, 2012

| | | |
|---|---|---|
| SCWC –10– 0000 245 | State v. Flynn | Affirmed |
| SCWC –10– 0000 069 | State v. Bullard | Vacated and Remanded |

### May 03, 2012

| | | |
|---|---|---|
| SCWC –307 18 | State v. Yamahata | Affirmed |
| SCWC –305 16 | State v. Pai | Affirmed |